

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00179-CV

**IN THE INTEREST OF L.D.**, Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2024PA488
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE
BRISSETTE

In accordance with this court's memorandum opinion of this date, the portion of the trial court's Order of Termination that terminates appellant's parental rights to the child is AFFIRMED. Costs of appeal are assessed against the parties who incurred them, except no costs of appeal are assessed against appellant because she qualifies as indigent.

SIGNED July 23, 2025.

_____
Lori Massey Brissette, Justice